# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 18 2020 ★
BROOKLYN OFFICE

1. Title of Case: <u>United States v. Hugo Jinkis, et al. 15-CR-252 (S-3) (PKC)</u>

2. Related Magistrate Docket Number(s): _____

3. Arrest Date:

4. Nature of offense(s):   ☒ Felony
    ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   ☒
    More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings _____
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☒ Yes   ☐ No

9. Has this indictment/information been ordered sealed?   ☒ Yes   ☐ No

10. Have arrest warrants been ordered?   ☒ Yes   ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

By: _____
Samuel P. Nitze
Assistant U.S. Attorney
(718) 254-6465

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12

## INDICTMENT SEALING FORM

Case name:   United States v. HUGO JINKIS, ET AL.

Reason for Sealing:

>Three of the newly charged defendants are currently at liberty, and the government plans to effectuate the arrests in the coming weeks.   One of the newly-charged defendants resides outside the United States.   Three of the newly-charged defendants are citizens of countries other than the United States (two of these are also U.S. citizens).   The government seeks to seal the indictment to ensure that the defendants do not learn that they are under indictment, and to prevent them from evading justice, including by leaving the United States or, for those located outside the United States, by not traveling to the United States or to jurisdictions from which they might be extradited to the United States, to avoid arrest and prosecution.

By: _____   Date:   March 18, 2020
Samuel P. Nitze
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201