**NORTON ROSE FULBRIGHT**

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
United States

August 17, 2020

**VIA ECF**

**Carlos F. Ortiz**
**Partner**
Direct line +1 212 318 3320
carlos.ortiz@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Hernan Lopez, et al.
      Criminal Docket No. 15-252 (S-3) (PKC)

Dear Judge Chen:

      The defendant, Full Play Group S.A. ("FPG"), submits this letter respectfully requesting that the Court revise the date for the oral argument and status conference scheduled for September 2, 2020 per the order issued by Your Honor on July 21, 2020 (the "July 21 Order"). The July 21 Order set forth a briefing schedule and oral argument date pertaining to Defendants Hernan Lopez and Carlos Martinez's Motion for Severance and to Strike Certain Language in the Indictment filed on July 6, 2020 (Dkt. No. 1408) and FPG's response to same filed on July 24, 2020 (Dkt. No. 1423) (collectively, the "Severance Motions"). Pursuant to the present briefing schedule, the Government filed its response to the Severance Motions on August 12, 2020 (Dkt. No. 1429) and the Defendants' replies are due no later than August 26, 2020. The Court also scheduled oral argument, if any, and a status conference for September 2, 2020 ("Oral Argument").

      Having recently learned of a potential conflict with the Oral Argument scheduled for September 2, 2020 and upon conferring with the government on August 16, 2020, the parties have agreed upon the following proposed Oral Argument date/time: <u>afternoon of September 8, 2020</u>. Counsel for Lopez and Martinez, who on August 14 and 16, 2020 were conferred with, have no objection to this proposed revision. Accordingly, Defendant FPG respectfully requests that the Court grant the proposed revised Oral Argument date and time. We thank the Court for its consideration of this request and we remain at the Court's disposal should Your Honor have any questions or concerns.

Respectfully,

/s/ Carlos F. Ortiz

Carlos F. Ortiz

CFO:MCB:KF/ck

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

The Honorable Pamela K. Chen
August 17, 2020
Page 2

**NORTON ROSE FULBRIGHT**

cc: Counsels of record (via ECF)
      Clerk of Court (PKC) (via ECF)