

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN/MKM/KDE/PTH/KTF

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 30, 2020

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   United States v. Hernan Lopez, et al.
>          Criminal Docket No. 15-252 (S-3) (PKC)

Dear Judge Chen:

  The government respectfully writes to request an extension of time, from January 6, 2021 to January 15, 2021, for the government to file a letter summarizing the categories of documents obtained from Fox and Torneos that it does not intend to produce to the defendants and explaining why those documents are not discoverable under Federal Rule of Criminal Procedure 16(a), Brady, or otherwise.  See ECF Order dated Nov. 20, 2020.  Among other things, the additional time will permit the government to complete its review and classification of documents amid periodic technical and related difficulties arising from the need to manage and review data remotely during the current public health context.  Counsel for the defendants have been consulted and consent to this request.

           Respectfully submitted,

           SETH D. DuCHARME
           Acting United States Attorney

      By:   /s/
           Samuel P. Nitze
           M. Kristin Mace
           Keith D. Edelman
           Patrick T. Hein
           Kaitlin T. Farrell
           Assistant U.S. Attorneys
           (718) 254-7000

cc:  Counsel of record (by ECF)
    Clerk of Court (PKC) (by ECF)