

McCoolLawPLLC.com

**Julia M. Coleman**

EMAIL jcoleman@mccoollawpllc.com
MOBILE 410 570 1215
OFFICE 202 450 3370
FAX 202 450 3346

1776 K STREET, NW, SUITE 200
WASHINGTON, DC 20006

August 12, 2021

BY ELECTRONIC CASE FILING

The Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Carlos Martinez*, Case No. 15-cr-252
             (Def. No. 33) (PKC)

Dear Judge Chen:

    I represent Defendant Carlos Martinez in the above-captioned case, pending before Your Honor. I have conferred with counsel for defendants Hernan Lopez and Full Play Group. Pursuant to the Court's May 12, 2021 Minute Order, the defendants hereby inform the Court that they agree to proceed remotely for the August 17, 2021 status conference in the above-captioned case, and respectfully request an Order permitting them to do so.

    On August 12, 2021, Mr. Martinez sought the United States' position on the relief requested herein. Assistant United States Attorney Sam Nitze represented that the United States consents to the relief requested herein.

                            Respectfully submitted,

                            *Julia M. Coleman*
                            Julia M. Coleman
                            Steven J. McCool
                            Samuel Josephs
                            Payton Lyon
                            Michael Cornacchia
                            Ramon Abadin
                            *Counsel for Carlos Martinez*

cc: Counsel of record (via ECF)