**SPERTUS LANDES & UMHOFER LLP**

1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
P 310.826.4700  F 310.826.4711

617 West 7th Street, Suite 200
Los Angeles, CA 90017
P 213.205.6520  F 213.205.6521

www.spertuslaw.com

November 5, 2021

**Via CM/ECF**

The Honorable Pamela K. Chen
United States District Court for the Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *United States v. Carlos Martinez*, **No. 15-cr-252-33 (PKC)**

Dear Judge Chen,

    As previously disclosed to the Court, one of Mr. Martinez's attorneys has a personal matter for which he requests a 21-day adjournment of trial, from May 2, 2022 to May 23, 2022. The government, as well as Defendants Hernan Lopez and Full Play Group, consent to the request. In addition, all parties agree that if the Court grants counsel's request, time is excluded from May 2, 2022 to May 23, 2022.

    Respectfully,

    Samuel A. Josephs
    Payton J. Lyon
    Steven J. McCool
    Julia M. Coleman
    Michael T. Cornacchia
    Ramon A. Abadin
    *Counsel for Carlos Martinez*

Cc: Counsel of Record