**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

      - against -

FULL PLAY GROUP S.A., HERNAN
LOPEZ, and CARLOS MARTINEZ,

      Defendants.
------------------------------------------------------------x

15-CR-252 (S-3) (PKC)

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

    PLEASE TAKE NOTICE that Tobin J. Romero of Williams & Connolly LLP, an attorney admitted to practice before this Court, hereby enters a notice of appearance on behalf of interested party TFCF Corporation in the above-captioned proceeding.

Dated:  March 16, 2022

                                    Respectfully submitted,

                                    By: /s/ Tobin J. Romero
                                    Tobin J. Romero
                                    WILLIAMS & CONNOLLY LLP
                                    725 Twelfth Street, N.W.
                                    Washington, DC 20005
                                    Telephone:  (202) 434-5000
                                    Facsimile:  (202) 434-5029

                                    *Attorney for TFCF Corporation*