# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
_____Eastern_____ District of _____New York_____

UNITED STATES OF AMERICA,

- against -

FULL PLAY GROUP S.A.,

Defendant.

Docket Number <u>15-CR-252 (S-3) (PKC)</u>

_____The Honorable Pamela K. Chen_____
(District Court Judge)

Notice is hereby given that _____the United States of America_____ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment <u>  X  </u> ; Order <u>  X  </u> ; Other _____ ; <u>Order entered in this action on September 1, 2023, and judgment entered in this action on September 12, 2023</u>.

Offense occurred after November 1, 1987    Yes <u>  X  </u>    No _____.

The appeal concerns:    <u>Order granting Rule 29 acquittal motion and related judgment</u>

Date:    _____September 22, 2023_____        _____VICTOR ZAPANA, AUSA_____
(Counsel for Appellant)

TO:    Carlos Ortiz, Esq.
BakerHostetler
45 Rockerfeller Plaza
New York, New York 10111
**(212) 589-4676**
**cortiz@bakerlaw.com**
ADD ADDITIONAL PAGE IF NECESSARY

Address:    United States Attorney's Office - EDNY
271-A Cadman Plaza East
Brooklyn, New York 11201

Telephone Number:   718-254-7180
E-Mail:           **Victor.Zapana@usdoj.gov**

**(TO BE COMPLETED BY ATTORNEY)**

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br> X  I am not ordering a transcript.<br>**Reason:**<br>___ Daily copy is available<br> X  U.S. Attorney has placed order<br>___ Other. Attach explanation | **Prepare transcript of**           Dates<br>___ Pre-trial proceedings  _____<br>___ Trial                 _____<br>___ Sentence              _____<br>___ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24

| ATTORNEY'S signature | */s/ Victor Zapana* | Date | September 22, 2023 |
|---|---|---|---|

▶ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60002