UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    - against -

FULL PLAY GROUP, S.A.,

             Defendant.
-------------------------------------------------------x

**ORDER**

15-CR-252-31 (PKC)

PAMELA K. CHEN, United States District Judge:

Upon the application of Joseph Nocella, Jr., United States Attorney for the Eastern District

of New York and for the reasons stated at the May 27, 2026 oral argument, it is hereby ORDERED

that the Third Superseding Indictment, (Dkt. 1319), is dismissed with prejudice as to Defendant

Full Play Group, S.A.

SO ORDERED.

_/s/ Pamela K. Chen_
Pamela K. Chen
United States District Judge

Dated: June 5, 2026
      Brooklyn, New York