UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

- against -

**ORDER**

HERNAN LOPEZ,                                    15-CR-252-32 (PKC)

Defendant.
-------------------------------------------------------x

PAMELA K. CHEN, United States District Judge:

Upon the application of Joseph Nocella, Jr., United States Attorney for the Eastern District

of New York and for the reasons stated at the May 27, 2026 oral argument, it is hereby ORDERED

that the Third Superseding Indictment, (Dkt. 1319), is dismissed with prejudice as to Defendant

Hernan Lopez.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: June 5, 2026
        Brooklyn, New York